IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-02384-JLK-MEH**

**LINDA LEVINGS,**

    Plaintiff,

v.

**INTERSTATE DISTRIBUTOR COMPANY,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion for Dismissal with Prejudice (doc. #43), filed November 15, 2011, it is

**ORDERED** that the Motion is **GRANTED**.  This is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  November 15, 2011

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT